ORIGINAL

FILED
SEP - 7 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN BATES, et al.,<br>THOMAS M. ALTHOFF, et al.,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 96-931C & 02-967C<br>(Judge Bruggink) (consolidated) |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate that the complaint be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director
Authorized Representative
of the Attorney General

HILLARY STERN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

Attorneys for Defendant

DATED: 9/05/06

EVERETT L. BOBBITT
Bobbitt, Pinckard & Fields, APC
8388 Vickers Street
San Diego, CA 92111-2109
Telephone: (858) 467-1199

Everett L. Bobbitt
by

Attorney for Plaintiff

DATED: 8/30/06

Complaint dismissed pursuant to Rule 41(a)(1)(ii)

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of September, 2006, I caused to be sent by United States mail (first-class, postage prepaid), copies of "STIPULATION OF DISMISSAL," addressed as follows:

Everett L. Bobbitt
Bobbitt, Pinckard & Fields, APC
8388 Vicker Street
San Diego, CA 92111-2109

______________________________